IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Alexandria Penn *on Behalf of Herself and on Behalf of All Others Similarly Situated*, | § § § § | |
| Plaintiff, | § § | Civil Action No. H-22-1755 |
| v. | § § § | |
| SPB Hospitality, LLC and J. Alexander's of Texas, LLC, | § § § | |
| Defendants. | | |

## ORDER

Pursuant to the Stipulation of Dismissal without Prejudice filed on August 14, 2023, the above referenced case is hereby dismissed without prejudice as to Defendants SPB Hospitality, LLC and J. Alexander's of Texas, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 15 day of August, 2023.

DAVID HITTNER
United States District Judge